IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES LEE JACKSON　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #130514

V.　　　　　　　　　　　NO. 5:12cv00461-BSM-JTR

RAY HOBBS, Director,　　　　　　　　　　　　　　　　　　　　　　RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Motion to Dismiss and Brief in Support (docket entries #5, #6) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations. A Response to the Motion to Dismiss would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before February 28, 2013,** a Response addressing the arguments for dismissal raised by Respondent.

DATED THIS 29th DAY OF January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE