IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES LEE JACKSON                                                                           PETITIONER
ADC #130514

V.                               NO. 5:12cv00461-BSM-JTR

RAY HOBBS, Director,                                                                        RESPONDENT
Arkansas Department of Correction

ORDER

In response to Respondent's Motion to Dismiss this § 2254 action, Petitioner argues that any untimeliness should be excused because he has "newly discovered evidence" of his innocence, *i.e.*, a notarized affidavit from an alleged eyewitness that Petitioner recently obtained "after years of searching and investigating." (Docket entry #8, at 2, 5.)

Respondent is directed to file, on or before May 6, 2013, a Reply to Petitioner's argument.

DATED THIS 5th DAY OF April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE