**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES LEE JACKSON**                                                         **PETITIONER**
ADC #130514

V.                     **CASE NO. 5:12CV00461 BSM**

**RAY HOBBS, Director,**
Arkansas Department of Correction                                       **RESPONDENT**

## ORDER

The proposed findings and recommended disposition from United States Magistrate Judge J. Thomas Ray have been reviewed, along with the objections filed by petitioner. After careful considering these documents and conducting a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in all respects.

It is therefore ordered that respondent's motion to dismiss [Doc. No. 5] is granted, and petitioner's writ of habeas corpus under 28 U.S.C. § 2254 [Doc. No. 2] is denied. Accordingly, this case is dismissed with prejudice. It is further ordered that a certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 17th day of September 2013.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE